No. 645. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY *v.* GERTRUDE MAPPIN, ADMINISTRATRIX OF THE ESTATE OF WALTER W. MAPPIN, DECEASED. November 23, 1926. Petition for a writ of certiorari to the Supreme Court of the State of California denied.. *Messrs. Edgar W. Camp, Robert O. Brennan,* and *E. E. McInnes* for petitioner. *Mr. Maxwell McNutt* for respondent.

No. 649. CARON CORPORATION *v.* HENRI MURAOUR ET CIE. November 23, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Maurice Leon* and *Joseph H. Choate, Jr.,* for petitioner. *Mr. George W. Offutt* for respondent.

No. 650. KNICKERBOCKER MERCHANDISING COMPANY, INC., ET AL. *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John Holley Clark, Jr.,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 651. T. E. MCLENDON *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Charles M. Bryan* and *J. M. Grimmet* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 653. SEABOARD AIR LINE RAILWAY COMPANY *v.* STATE OF FLORIDA EX REL. R. HUDSON BURR, A. S. WELLS, ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Florida